United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RYAN BASS AND CHRIS ANNA BASS,<br>*Plaintiffs,* | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 4:23cv1277 |
| | § | |
| AMERICAN ECONOMY INSURANCE CO., D/B/A SAFECO INSURANCE,<br>*Defendant.* | §<br>§<br>§ | |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION</u>**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August, 4, 2026 (Dkt. 94) and the objections thereto (Dkt. 97), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

The Court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this 21st day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE