United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RYAN BASS AND CHRIS ANNA BASS,<br>*Plaintiffs,* | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 4:23cv1277 |
| AMERICAN ECONOMY INSURANCE CO., D/B/A SAFECO INSURANCE,<br>*Defendant.* | §<br>§<br>§<br>§ | |

# FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE** and Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this 21st day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE